**1:25-cv-01826**

Hala Y. Jarbou
**Chief United States District Judge**

FILED - LN
December 18, 2025 10:13 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jlg /_____  SCANNED BY:_____

To whom this may concern                    12-18-2025

                              Case 24-2698-01-FC

Good-day, My name is jammie Crook and Im writeen
you because I need an attoorney to Assist me
iN a Lawsue, against Google the world wide
Internet for Defamation of Chareeter. Before
I got ~~incarcerated~~ Incarcerated i was
Charge with Kidrap 1st degree and Rape 1st degree
two times I took a joey treal and got Aquited
of all 3 charges, but Before I got Aquited Google
Became a third party And posted Information
about me on their web sight. Without my Promission.
So my first, And fourthteenth Amendment Right
has been Violated by Google. My freeedom of speach
Equal protection of the law has been violated.
The Courts Affirm the Right of Prevated
Individuals as oppose to public persons to
Recover libel damages when only fowlt Rather
then Actual malice Kgerts V. Robert welch Inc
418 U.S. 323 1924 & New york Times co V. Sulivan
376. U.S. 254 1964. I have Contacted Google
and Requested they take the Information
off their sight, but as you can see they
Have done nothing about the matter
So now I want to sue the Company
for $ 500.000.000 five Hundred million
for Defamation of Charecter, I am now
in Process of a Appeal that has Been Granted

I am waiting on a court day Now for the other 2 charges So I am a Requesting a Attorney to Assist me in this matter

Thank you
June Ceuff

Please Respond Back

NAME: Jammie Crook
Number: 200908
Address: 3455 Cooper St
Address: Jackson Michigan 49201

METROPLEX MI 480

16 DEC 2025  PM 9  L



★ USA ★ FOREVER ★

Office of Clerk
United States District Court
113 Federal BLDG.
315 West. Allegan Street
Lansing Michigan 48933

48933-151438

Case 1:25-cv-01826-HYJ-SJB   ECF No. 1, PageID.4   Filed 12/18/25   Page 4 of 4



315. ALLEGan St
Lansing Michigan 48933.

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019