UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMMIE CROOK,

     Plaintiff,

                             Case No. 1:25-cv-1826

v.

                             Hon. Hala Y. Jarbou

GOOGLE,

     Defendant.
_____/

## **ORDER**

On February 25, 2026, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) that the Court dismiss Plaintiff's federal claims for failure to state a claim and decline to exercise jurisdiction over Plaintiff's state law claim (ECF No. 11).  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so has expired.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 11) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's federal claims are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim.

**IT IS FURTHER ORDERED** that Plaintiff's state law claim is **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over it.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

**IT IS FURTHER ORDERED** that Plaintiff's motion to appoint counsel (taken from ECF No. 1) is **DENIED as moot**.

A judgment will issue in accordance with this Order.


Dated: April 17, 2026          /s/ Hala Y. Jarbou
                                        HALA Y. JARBOU
                                        CHIEF UNITED STATES DISTRICT JUDGE